MARTHA LAMBERT ET AL., RESPONDENTS, v. TRENTON AND MERCER COUNTY TRACTION COMPANY, APPELLANT.

Argued October 20, 1927—Decided December 23, 1927.

For the appellant, *Edward L. Katzenbach,* attorney general.

For the respondent, *Martin P. Devlin.*

Per Curiam.

The judgment herein is affirmed by an equally divided court.

*For affirmance*—Katzenbach, Campbell, Lloyd, White, Kays, Dear, JJ. 6.

*For reversal*—Parker, Kalisch, Black, Van Buskirk, McGlennon, Hetfield, JJ. 6.